Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
515 Juniper Street
San Diego, CA 92101
(619) 234-3374
Facsimile (619) 234-3375

Attorney for Peter Gilboy dba Judgment Trackers

FILED SD
06 MAR 13 PM 2: 53
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF

# UNITED STATES BANKRUPTCY COURT

# SOUTHERN DISTRICT OF CALIFORNIA

In re

DEMOSTHENIS KANAKARIS aka DENNY KANAKARIS

Debtor.

CASE NO. 05-04358-H7

DECLARATION OF BERNARD M. HANSEN IN SUPPORT OF CREDITOR'S RESPONSE IN SUPPORT OF OPPOSITION TO THE FORM OF THE DEBTOR'S ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. § 522(f)

DATE: March 15, 2006
TIME: 11:00 a.m.
DEPT.: Three
HONORABLE JOHN J. HARGROVE

I, Bernard M. Hansen, declare:

1. I am an attorney admitted to practice law in the State of California and before this Court.

2. Attached hereto as Exhibit A is a true and correct copy of Release of Lien as to One Debtor.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge and this declaration is executed on March 13, 2006.

*Bernard M. Hansen*
Bernard M. Hansen

1

RECORDING REQUESTED BY AND MAIL TO:
Peter Gilboy dba Judgment Trackers
6161 El Cajon Blvd #525
San Diego, CA 92115
Tel: 619.501.9199
Fax: 877.581.4555
Gilboy@judgment-trackers.com

Assignee and Creditor in Pro Per

DOC # 2006-0157252

MAR 07, 2006   12:21 PM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:   19.00
PAGES:   3

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF SAN DIEGO, SAN DIEGO JUDICIAL DISTRICT

## HALL OF JUSTICE

| | |
|---|---|
| FIRST COMMERCE & LOAN LIMITED PARTNERSHIP<br><br>Plaintiff(s),<br><br>v.<br><br>DEMOSTHENIS S. KANAKARIS & ANTOINETTE KANAKARIS, individually and as Husband an Wife<br>Defendant(s) | CASE NUMBER: **L 601610**<br><br>**RELEASE OF LIEN**<br>**AS TO ONE DEBTOR**<br><br>(CCP 697.370) |

COMES NOW, Peter Gilboy dba Judgment Trackers, Assignee of Record and Creditor in this matter to provide the following in support of A RELEASE OF LIEN as to one debtor.

1. That Peter Gilboy dba Judgment Trackers of 6161 El Cajon Blvd #525, San Diego, CA 92115 is the Assignee of Record and current Creditor in this matter.

2. That Judgment was entered on December 18, 1998 in the amount of $22,554.65, and renewed on May 5, 2005 in the amount of $36,970.31, with the renewed amount still owing plus statutory interest in the amount of 10% per annum.

RELEASE OF LIEN -1-



Ex. A

3. That Demesthenis S. Kanakaris of 3438 Rancho Diego Circle, El Cajon, CA 92019 is the sole Judgment Debtor being released through RELEASE OF LIEN. That no debtor other than Demosthenis S. Kanakaris is released by this RELEASE OF LIEN.

4. That a judgment lien against debtor Demosthenis S. Kanakaris was recorded/created in the County of San Diego on 12/28/1998 with recording number 1998-0830344.

5. Further, an amended Abstract of Judgment was recorded on October 20, 2004 with recording number 2004-0993776 following transfer of the judgment through Acknowledgment of Assignment of Judgment to Assignee and new Creditor Peter Gilboy on 7/20/2004

6. That notice of this RELEASE OF LIEN as to <u>this one debtor only</u> will be recorded with the San Diego county recorder and each county where the abstract of judgment has been recorded.

7. That this is a release from the judgment lien described herein owed by named judgment debtor Demosthenis S. Kanakaris aka Denny Kanakaris and regards the debtor's real property interest in San Diego County located at 3438 Rancho Diego, Circle, El Cajon, CA 92019.

8. That the original Judgment Creditor was First Commerce and Loan Limited Partnership, of 2806 N. Camino Principal, Tucson, AZ 85715, represented by Robert L. Rentto, Esq., 110 West. "C " Street, Suite 1503, San Diego, CA 92101.

9. That the first Assignee of Record was Nicole Breen 6132 E. Calle Ojos Verde, Tucson, AZ., 85750.

I declare under penalty of perjury that the foregoing is correct to the best of my knowledge, according to the laws of the State of Calif

Date: March 7, 2006

_____
Peter Gilboy, Assignee and Creditor

RELEASE OF LIEN -2-

# CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT

State of California

County of  San Diego  } ss.

On  3-7-06 , before me,  Mona Khoury Notary Public
personally appeared  Peter Gilboy

☐ personally known to me
☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

*Mona Khoury*
Signature of Notary Public

OFFICIAL SEAL
MONA KHOURY
NOTARY PUBLIC-CALIFORNIA
COMM. NO. 1421410
SAN DIEGO COUNTY
MY COMM. EXP. MAY 31, 2007

Place Notary Seal Above

——— OPTIONAL ———

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer**
Signer's Name: _____
☐ Individual
☐ Corporate Officer — Title(s): _____
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____

Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 1999 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.nationalnotary.org    Prod. No. 5907    Reorder: Call Toll-Free 1-800-876-6827

This is a true certified copy of the record
if it bears the seal, imprinted in purple ink

GREGORY J. SMITH          MAR 0 7 2005
Assessor/Recorder/Clerk
San Diego County, California