Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
515 Juniper Street
San Diego, CA  92101
(619) 234-3374
Facsimile (619) 234-3375

Attorney for Peter Gilboy dba Judgment Trackers

FILED KD
06 MAR 14 AM 10:40
U.S. BANKRUPTCY CT
CLERK
SO. DIST OF CALIF

## UNITED STATES BANKRUPTCY COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>DEMOSTHENIS KANAKARIS aka DENNY KANAKARIS<br><br>Debtor. | CASE NO. 05-04358-H7<br><br>ERRATA TO:<br><br>JUDICIAL LIEN CREDITOR'S RESPONSE IN SUPPORT OF OPPOSITION TO THE FORM OF THE DEBTOR'S ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. § 522(f)<br><br>DATE: March 15, 2006<br>TIME: 11:00 a.m.<br>DEPT.: Three<br>HONORABLE JOHN J. HARGROVE |

On March 13, 2006, Mr. Gilboy filed and personally served his Judicial Lien Creditor's Response In Support Of Opposition To The Form Of The Debtor's Order Granting Debtor's Motion To Avoid Judicial Lien Pursuant To 11 U.S.C. § 522(f) (the "Response"). The response states at page 1, lines 26-27: "The only change in the homestead calculation is the 'Net Available

1

to GEM Judgment Lien'. It is now $219,306.97." The $219,306.97 is incorrect and it should have read and should be replaced with "$182,336.66".

Dated: March 14, 2006

*Bernard M. Hansen* (signature)
Bernard M. Hansen
Attorney for Peter Gilboy dba Judgment Trackers

2

## PROOF OF SERVICE

I, the undersigned, certify and declare I am a citizen of the United States, over the age of 18 years and not a party to the within action. On March 14, 2006, I served the following document(s):

ERRATA TO JUDICIAL LIEN REDITOR'S RESPONSE IN SUPPORT OF OPPOSITION TO THE FORM OF THE DEBTOR'S ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. § 522(f)

by personally delivering a copy of the original above-listed documents(s) to:

L. Scott Keehn, Esq.

Robbins & Keehn

530 "B" Street, Suite 2400

San Diego, CA 92101

I am a member of the bar of this court. Executed on March 14, 2006, at San Diego, California. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*Bernard M. Hansen* (signature)
Bernard M. Hansen