**CSD 1001C** [11/15/04]
Name, Address, Telephone No. & I.D. No.
L. Scott Keehn (61691)          619-232-1700
Charles F. Robbins (SBN 132666)
Sarah H. Lanham (SBN 213555)
**ROBBINS & KEEHN, APC**
530 "B" Street, Suite 2400
San Diego, CA  92101

Order Entered on
March 15, 2006
by Clerk U.S. Bankruptcy Court
Southern District of California

**UNITED STATES BANKRUPTCY COURT**
SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re

**DEMOSTHENIS S. KANAKARIS,**

                                                    Debtor.

**LODGED**

BANKRUPTCY NO. **05-04358-JH7**

Hon. John J. Hargrove

**ORDERS:**
**1)  GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C.
§522(f); (2) AVOIDING JUDICIAL LIEN; (3)  FIXING AMOUNT OF SURVIVING JUDICIAL
LIEN AND; (4)  RESERVING JURISDICTION TO ENFORCE LIEN AVOIDANCE PURSUANT TO
11 U.S.C. § 522(f)**

        IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2)

through __5__ with exhibits, if any, for a total of __22__ pages, is granted.  Motion/Application Docket Entry No. __70__

//

//

//

//

//

//

DATED:  March 15, 2006

Signature by the attorney constitutes a certification under
Fed. R. of Bankr. P. 9011 that the relief in the order is the
relief granted by the court.

Submitted by:

**ROBBINS & KEEHN, APC**
(Firm name)

By: //s// L. Scott Keehn
Attorney for ☑ Movant ☐ Respondent

Judge,    **NOT APPROVED**

Judge, United States Bankruptcy Court

**CSD 1001C** [11/15/04]**(Page 2)**

ORDERS: 1)  GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. §522(f); (2) AVOIDING
JUDICIAL LIEN; (3) FIXING AMOUNT OF SURVIVING JUDICIAL LIEN AND; (4)  RESERVING JURISDICTION TO ENFORCE
LIEN AVOIDANCE PURSUANT TO 11 U.S.C. § 522(f)
DEBTOR:   **DEMOSTHENIS S. KANAKARIS,**                                                    CASE NO: **05-04358-JH7**

The motion of Demosthenis Kanakaris, as Debtor herein ("Kanakaris"), to avoid the judicial liens in  favor

of: (a) First Commerce & Loan Limited Partnership and/or Peter Gilboy, and (b) GEM International, Inc. and/or

Peter Gilboy (the "Motion") came on regularly for hearing on January 20, 2006, at 10:00 a.m. in Department 3 of

the above entitled Court located at 325 West F Street, San Diego, California the Honorable John J. Hargrove, Judge

Presiding.   Appearances were made by the firm of Robbins & Keehn, APC by L. Scott Keehn, on behalf on

Kanakaris, and Bernard M. Hansen, Attorney at Law, on behalf of secured judgment creditor Peter Gilboy dba

Judgment Trackers ("Gilboy").

The Court had previously reviewed and considered the pleadings and papers filed in support of the Motion

as well as the papers filed in opposition thereto, and the papers filed in reply to the Opposition, and based thereon

had made its tentative ruling on the Motion which was posted as part of the Court's calendar for January 20, 2006,

a true copy of which is attached hereto marked Exhibit "1" and incorporated herein by this reference (the "Tentative

Ruling").   Arguments, Requests, and Contentions of the parties were heard, *seriatim* on an issue-by-issue basis.

Based upon all of the foregoing, the Court sustained the Tentative Ruling in all respects, adopting it in total as part

of its final ruling.   The Court's further findings of fact and conclusions of law were stated orally by the Court, and

recorded in open session following the close of argument on each issue, and they are incorporated herein by this

reference pursuant to Rules 7052 and 9014 of the Federal Rules of Bankruptcy Procedure and Rule 52(a) of the

Federal Rules of Civil Procedure.   Based upon all of the foregoing, and good cause therefore appearing,

IT IS HEREBY ORDERED that:

1.       The Motion is granted.

2.       Without limiting the generality of the foregoing, the Court further and specifically orders, adjudges

and decrees that:

2.1       There are two judicial liens against the Property (as hereinbelow defined) in favor of: (a) First

Commerce & Loan Limited Partnership and/or Gilboy, and (b) GEM International, Inc. and/or Gilboy created by

*Signed by Judge John J. Hargrove March 15,2006*

CSD 1001C [11/15/04](Page 3)

ORDERS: 1) GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. §522(f); (2) AVOIDING JUDICIAL LIEN; (3) FIXING AMOUNT OF SURVIVING JUDICIAL LIEN AND; (4) RESERVING JURISDICTION TO ENFORCE LIEN AVOIDANCE PURSUANT TO 11 U.S.C. § 522(f)

DEBTOR:   **DEMOSTHENIS S. KANAKARIS,**                                      CASE NO: **05-04358-JH7**

the abstracts of judgment recorded in the Office of the County Recorder of the County of San Diego.  The first was

originally recorded on December 18, 1998, as document number 1998-0830344, a copy of which is attached hereto

marked Exhibit "2", and incorporated herein by this reference; and updated on October 20,2004, as document

number 2004-0993776, a copy of which is attached hereto marked Exhibit "3", and incorporated herein by this

reference (the "First Commerce/Gilboy Lien").  The second was originally recorded on October 18, 2000, as

document number 2000-0560205, a copy of which is attached hereto marked Exhibit "4" and  incorporated herein

by this reference; and updated on October 29, 2004, as document number 2004-1028754, a copy of which is

attached hereto marked Exhibit "5" and incorporated herein by this reference ( the "GEM International/Gilboy

Lien").  Collectively these liens are referred to as the"Judgment Liens".  The Judgement Liens  impair Kanakaris's

homestead exemption declared with respect to his residential property commonly known as 3438 Rancho Diego

Circle, El Cajon, California and more particularly described in Exhibit "6" attached hereto and incorporated herein

by this reference (hereinafter the "Property"), to the extent of Seven Hundred One Thousand, Six Hundred Six and

61/100 Dollars ($701,606.61), and the balance Judgment Liens —  One Hundred Forty-Five Thousand Three

Hundred Sixty Six and 25/100 Dollars ($145,366.25) — does not impair the Kanakaris homestead exemption, as

shown by the following calculation:

|  |  |
|---|---|
| Fair Market Value of Residence (on petition date) | $695,000.00 |
| Consensual Liens | (180,326.68) |
| Subtotal: | **$514,673.32** |
| Debtor's One-half Equity Interest: | **$257,336.66** |
| Debtor's Homestead | $75,000.00 |
| Amount Available to Satisfy Judgment Liens | **$182,336.66** |

CSD 1001C/105291

*Signed by Judge John J. Hargrove March 15,2006*

CSD 1001C [11/15/04](Page 4)

ORDERS: 1) GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. §522(f); (2) AVOIDING JUDICIAL LIEN; (3) FIXING AMOUNT OF SURVIVING JUDICIAL LIEN AND; (4) RESERVING JURISDICTION TO ENFORCE LIEN AVOIDANCE PURSUANT TO 11 U.S.C. § 522(f)

DEBTOR:   **DEMOSTHENIS S. KANAKARIS,**                                        CASE NO: **05-04358-JH7**

---

Amount Available to Satisfy
Judgment Liens:                          $182,336.66
First Commerce/Gilboy Lien               <u>36, 970.31</u>
 (1st priority)

Net available to
GEM International/
Gilboy Lien:                             **$145, 366.25**

    2.2     The Judgment Liens are hereby avoided and extinguished to the extent of $701,606.61 in accordance with and pursuant to the provisions of 11 U.S.C. §522(f).

    2.3     That portion of the Judgment Liens which survives the foregoing avoidance (the "Surviving Liens") are hereby fixed in the amounts of: (a) $36,970.31, and no more, for the First Commerce/Gilboy Lien; and (b) $145,366.25, and no more, for the GEM International/Gilboy Lien.  Interest does not accrue on these amounts, and Kanakaris is entitled to a full release of the respective Surviving Liens when a cash payment is tendered on his behalf to the holder thereof at the time of tender, or its designated agent, in the amount of the respective Surviving Liens, which are: (i) $36,970.31 for the First Commerce/Gilboy Lien; and (ii) $145,366.25 for the GEM International/Gilboy Lien.  Any attempt by the holder of the Surviving Liens, to collect any sum greater than the respective amounts set forth in the preceding sentence in exchange for a release of the respective Surviving Liens against the Property may constitute a violation of this order and/or the permanent injunction which would be created by a discharge entered in favor of Kanakaris in this case.  If so such violations would, *inter alia*, be punishable by this Court as a contempt.

    3.     Notwithstanding any provision of this Order which may be construed to the contrary, no provision of this Order is intended to, nor shall it be deemed to impair, diminish, abrogate, or in any way apply to the First Commerce/Gilboy Lien insofar as it applies to the separate joint tenancy interest of Antoinette Kanakaris in the Property.

/ / /

CSD 1001C/105291

*Signed by Judge John J. Hargrove March 15,2006*

CSD 1001C [11/15/04](Page 5)

ORDERS: 1) GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. §522(f); (2) AVOIDING JUDICIAL LIEN; (3) FIXING AMOUNT OF SURVIVING JUDICIAL LIEN AND; (4) RESERVING JURISDICTION TO ENFORCE LIEN AVOIDANCE PURSUANT TO 11 U.S.C. § 522(f)

DEBTOR:   **DEMOSTHENIS S. KANAKARIS,**                                  CASE NO: **05-04358-JH7**

4.      Notwithstanding any provision of this Order which may be construed to the contrary, no provision of this Order is intended to, nor shall it be deemed to impair, diminish, abrogate, or in any way limit any appellate rights that Gilboy has, or may hereafter acquire with respect to this order, or future orders made pursuant to the reservation of jurisdiction set forth in the following paragraph.

5.      The Court expressly reserves continuing jurisdiction to supervise the enforcement of the lien avoidance granted by this order.  This reservation of jurisdiction shall be broadly construed to enable this court to fully carry out the purposes of 11 U.S.C. §522(f), and the intent of this order.  It includes, but is not limited to, the issuance of such orders as may be necessary to compel the release of the Surviving Liens upon the tender of payment in the respective amounts set forth in paragraph 2.3 of this order, as well as any proceedings for contempt in the event  that the holder of the Surviving Liens, fail to give full faith in credit to and abide by, the avoidance of the Judgment Liens adjudicated by this order.

*Signed by Judge John J. Hargrove March 15,2006*

# EXHIBIT "1"

**10:00 AM**

**- 05-04358-JH**     **Ch  7**     **DEMOSTHENIS KANAKARIS**

1) DEBTOR'S MOTION FOR AVOIDANCE OF JUDICIAL LIEN PURSUANT TO 11 U.S.C. SECTION 522 (f)

Tentative Ruling:  Evidentiary objections:  The court sustains Objection no. 1 with respect to creditor's exhibits A-M on the grounds that they have not been properly authenticated pursuant to FRE 901.  However, the Court exercises its discretion and takes judicial notice that exhibits C,F,G, and H are documents filed with this court pursuant to FRE 201.  The Court sustains Objection No. 2 and Objection No. 3 on the grounds that the testimony constitutes hearsay.

The Court grants debtor's motion to avoid th GEM Int'l lien in the amount of $701,606.61.  The Court finds there is competent evidence before the Court regarding the real property's FMV at $695,000.  Creditor has offered no evidence in rebuttal other than arguing for the application of judicial estoppel to debtor's former representations regarding the value of the property which are higher.  The Court finds that the application of judicial estoppel is unwarranted under these circumstances.  If creditor believed that debtor had overvalued his residence for purposes of chapter 13 eligibility, creditor had the opportunity to object to debtor's asserted value on those grounds when the chapter 13 was filed.  Further, the chapter debtor's chapter 13 case was voluntarily dismissed so there is no way to evaluate the success of debtor's prior valuation of the property.  Lastly, judicial estoppel does not apply when the prior position was taken because of a good faith mistake rather than as part of a scheme to mislead the court.  There is no evidence that shows the debtor's first position was not taken as a result of ignorance or mistake regarding his belief that the property had a higher value than as shown by a subsequent appraisal.  Kelsey v. Waste Management, 76 Cal.App.4th 590 (1999).

The Court also finds that the property is held by the debtor and his wife as joint tenants.  There is no evidence that debtor and his wife expressly transmuted their separate property interests to community property.  In California, the community property presumption for property acquired by husband and wife during their marriage is overcome when a declaration in a deed or other title instrument indicates the spouses take title to property as joint tenants.  In re Summers, 332 F.3d 1240 (9th Cir. 2003).  Debtor and his wife have provided a grant deed which shows they took title as joint tenants.  With the presumption of community property rebutted, the burden is on the creditor to present evidence that would show a contrary intention of the parties which he has failed to do.

The Court adopts the calculations set forth in debtor's reply, Exh. A.

2) RS PDG 1

PETER GILBOY'S MOTION FOR RELIEF FROM STAY

Tentative Ruling:  Grant.  Property was abandoned on 8/25/05.  Therefore, it is no longer property of the estate.

TRUSTEE:    Gerald H. Davis
ATTORNEY: L. Scott Keehn (Demosthenis Kanakaris)
ATTORNEY: PRO SE (Peter Gilboy)

*Signed by Judge John J. Hargrove March 15,2006*

# EXHIBIT "2"

RECORDING REQUESTED BY:

Robert L. Rentto (#42655)
Professional Law Corporation

'D WHEN RECORDED MAIL TO:

110 West "C" St., #1503
San Diego, CA 92101

( 671

DOC # 1998-0830344

DEC 18, 1998 11:08 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:       16.50
OR RECORDER'S USE ONLY  1

1998-0830344

F10
3P

Abstract of Judgment
(Please fill in document title(s) on the this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

'94
cc.Form #R25

Z-1

*Signed by Judge John J. Hargrove March 15,2006*

672

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and address):          TELEPHONE NO.:

[X]  Recording requested by and return to

ROBERT L. RENTTO (#42655)          (619) 238-1002
Professional Law Corporation
110 West "C" Street, Suite 1503
San Diego, CA  92101

[X] ATTORNEY FOR    [X] JUDGMENT CREDITOR    [ ] ASSIGNEE OF RECORD  BAR #

FOR RECORDER'S USE ONLY

| | |
|---|---|
| NAME OF COURT: | MUNICIPAL COURT OF CALIFORNIA |
| STREET ADDRESS: | COUNTY OF SAN DIEGO |
| MAILING ADDRESS: | SAN DIEGO JUDICIAL DISTRICT |
| CITY AND ZIP CODE: | 1409 Fourth Avenue |
| BRANCH NAME: | San Diego, CA 92101-3105 |

PLAINTIFF: FIRST COMMERCE & LOAN LIMITED PARTNERSHIP

DEFENDANT: DEMOSTHENIS S. KANAKARIS & ANTOINETTE
KANAKARIS, individually and as Husband and Wife

CASE NUMBER

601610

## ABSTRACT OF JUDGMENT

1. [X] Judgment creditor    [ ] Assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
        Name and last known address

   Demosthenis S. Kanakaris
   3438 Rancho Diego Circle
   El Cajon, CA  92019

   b. Driver's license No. and state:                          [X] Unknown
   c. Social Security No.: 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                         [ ] Unknown
   d. Summons or notice of entry of sister state judgment was personally served or
      mailed to (name and address): Demosthenis S. Kanakaris
   3438 Rancho Diego Circle
   El Cajon, CA  92019
   e. [X] Additional judgment debtors are shown on reverse.

Date: 10/23/98

Robert L. Rentto
              (TYPE OR PRINT NAME)                                        (SIGNATURE OF APPLICANT OR ATTORNEY)

FOR COURT USE ONLY

2. a. [X] I certify that the following is a true and correct abstract
         of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor (name): FIRST COMMERCE & LOAN
   LIMITED PARTNERSHIP
   whose address appears on this form above the court's name.

4. Judgment debtor (full name as it appears in judgment):
   DEMOSTHENIS S. KANAKARIS & ANTOINETTE KANAKARIS individually and
   as Husband and Wife

[SEAL]

6. Total amount of judgment as entered or last renewed:
   $ 22,554.65

7. [ ] An [ ] execution [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

5. a. Judgment entered on
      (date): 5/15/98
   b. Renewal entered on
      (date):
   c. Renewal entered on
      (date):

   This abstract issued on
   (date): NOV 19 1998

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until
          (date):
9. [ ] This judgment is an installment judgment.

   Clerk, by  N. Ortega , Deputy

Form Adopted by Rule 982
Judicial Council of California
982a(1)(Rev. January 1, 1991)
SDMC Form 59 (Rev. 11/94)

ABSTRACT OF JUDGMENT
(CIVIL)

Code of Civil Procedure §§ 488.480
674,700.190
SD-59

Signed by Judge John J. Hargrove March 15, 2006

673

| PLAINTIFF: FIRST COMMERCE & LOAN LIMITED PARTNERSHIP | CASE NUMBER |
|---|---|
| DEFENDANT: DEMOSTHENIS S. KANAKARIS & ANTOINETTE KANAKARIS, individually and as Husband and Wife | 601610 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

10.    Name and last known address

Antoinette Kanakaris
3438 Rancho Diego Circle
El Cajon, CA  92019

Driver's license No. & state: [X] Unknown

Social Security No.: 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    [ ] Unknown
Summons was personally served at or mailed to (address):
Antoinette Kanakaris
3438 Rancho Diego Circle
El Cajon, CA  92019

14.    Name and last known address

Driver's license No. & state: [ ] Unknown

Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

11.    Name and last known address

Driver's license No. & state: [ ] Unknown

Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

15.    Name and last known address

Driver's license No. & state: [ ] Unknown

Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

12.    Name and last known address:

Driver's license No. & state: [ ] Unknown

Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

16.    Name and last known address

Driver's license No. & state: [ ] Unknown

Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

13.    Name and last known address

Driver's license No. & state: [ ] Unknown

Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

17.    Name and last known address

Driver's license No. & state: [ ] Unknown

Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

18. [ ] Continued on attachment 18.

2-3

982(a)(1) (Rev. January 1, 1991)    ABSTRACT OF JUDGMENT    Page two

*Signed by Judge John J. Hargrove March 15,2006*

# EXHIBIT "3"

6924

EJ-001

DOC # 2004-0993776

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address):*

[X] Recording requested by and return to:

TEL NO.: (619) 501-9199

FAX NO.: (877) 581-4555

Peter Gilboy dba Judgment Trackers
Peter Gilboy
6161 El Cajon Blvd #525
San Diego, 92115

[ ] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [X] ASSIGNEE OF RECORD

OCT 20, 2004   8:56 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES: 13.00
PAGES: 2   NOTICES: 1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92121
BRANCH NAME: Central Branch, Hall of Justice

2004-0993776

PLAINTIFF: First Commerce & Loan Limited Partnership

DEFENDANT: Demosthenis S. Kanakaris & Antoinette Kanakaris, individually and as Husband and Wife

ABSTRACT OF JUDGMENT   [X] Amended

CASE NUMBER:
L 601610
FOR COURT USE ONLY

1. The [ ] judgment creditor [X] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

   Demosthenis S. Kanakaris
   3438 Rancho Diego Circle
   El Cajon, CA 92019

   b. Driver's license No. and state:                          [X] Unknown
   c. Social security No.: 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                         [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address):*

   e. [X] Original abstract recorded in this county:   SAN DIEGO
      (1) Date: December 18, 1998
      (2) Instrument No.: 1998-0830344

   f. [X] Information on additional judgment debtors is
      shown on page two.

Date: August 3, 2004
Peter Gilboy dba Judgment Trackers
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract
         of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name and address):*
   Peter Gilboy dba Judgment Trackers
   6161 El Cajon Blvd #525, San Diego, CA 92115
4. Judgment debtor *(full name as it appears in judgment):*
   Demosthenis S. Kanakaris & Antoinette Kanakaris

6. Total amount of judgment as entered or last renewed:
   $ 22,554.65
7. [ ] An [ ] execution lien [ ] attachment lien
      is endorsed on the judgment as follows:
      a. Amount: $
      b. In favor of *(name and address):*

[SEAL]

5. a. Judgment entered on
      *(date):* May 15, 1998
   b. Renewal entered on
      *(date):*

This abstract issued on *(date):*
December 18, 1998
SEP 0 8 2004

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until
          *(date):*
9. [ ] This judgment is an installment judgment.

Clerk, by _____, Deputy
D. A. WILEMAN

Form Adopted for Mandatory Use
Judicial Council of California

ABSTRACT OF JUDGMENT

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 680.

3-1

*Signed by Judge John J. Hargrove March 15, 2006*

6925

| PLAINTIFF: First Commerce & Loan Limited Partnership | CASE NUMBER: |
|---|---|
| DEFENDANT: Demosthenis S. Kanakaris & Antoinette Kanakaris, individuall and as Husband and Wife | L 601610 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.**  Name and last known address

Antoinette Kanakaras
3438 Rancho Diego Circle
El Cajon, CA 92019

Driver's license No. & state: ☐ Unknown
Social security No.: 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 ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**14.**  Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**11.**  Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**15.**  Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**12.**  Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**16.**  Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**13.**  Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**17.**  Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**18.** ☐ Continued on Attachment 18.

EJ-001 [Rev. January 1, 2003]          **ABSTRACT OF JUDGMENT**          Page 2 of 2

3-7

Signed by Judge John J. Hargrove March 15,2006

# EXHIBIT "4"

RECORDING REQUESTED BY

Glenn E. Martin

2000-0560205

WHEN RECORDED MAIL TO

NAME   Glenn E. Martin

MAILING   227 East Pondarosa
ADDRESS

CITY, STATE   Tuscon, AZ
ZIP CODE   85705

DOC # 2000-0560205

OCT 18, 2000 10:19 AM

2989

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:     16.00
NOTICES:    1

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# T I T L E(S)

Abstract of Judgment

LS-201

4 - 1

*Signed by Judge John J. Hargrove March 15, 2006*

2990

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)*: | | TELEPHONE NO.: | FOR RECORDER'S USE ONLY |
|---|---|---|---|
| [X] Recording requested by and return to: | | 858-484-8500 | |

Glenn E. Martin
GEM International
277 E Pondarosa
Tuscon, Arizona 85705

[ ] ATTORNEY FOR    [ ] JUDGMENT CREDITOR    [X] ASSIGNEE OF RECORD

NAME OF COURT: Superior Court of California; County of S
STREET ADDRESS: 220 West Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, California 92112-4101
BRANCH NAME: Central Division

PLAINTIFF: Glenn E. Martin; GEM International; GEM international, Inc.
DEFENDANT: Demosthenis Kanakaris and Antoinette Kanakaris

**ABSTRACT OF JUDGMENT**

| CASE NUMBER: |
|---|
| GIC 754417 |

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address

      Demosthenis Kanakaris
      3438 Rancho Diego Circle
      El Cajon, CA 92019

   b. Driver's license No. and state:                          [X] Unknown
   c. Social Security No.: 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                         [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or
      mailed to *(name and address)*:

      Demosthenis Kanakaris; 3438 Rancho Diego Circle, El Cajon, CA 92019

   e. [X] Additional judgment debtors are shown on reverse.
Date: 09/13/2000

Glenn E. Martin ........................................          ▶ *Glenn E Martin*
(TYPE OR PRINT NAME)                                                (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract
         of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor *(name)*: Glenn E. Martin; GEM
   International; GEM international, Inc
   whose **address** appears on this form above the court's name.
4. Judgment debtor *(full name as it appears in judgment)*:
   Demosthenis Kanakaris and Antoinette
   Kanakaris

6. Total amount of judgment as entered or last renewed:
   $ 581,567.15
7. [ ] An [ ] execution [ ] attachment   lien
       is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of *(name and address)*:

[SEAL]

5. a. Judgment entered on
      *(date)*: 09/11/00
   b. Renewal entered on
      *(date)*:
   c. Renewal entered on
      *(date)*:

This abstract issued on
*(date)*: OCT 1 6 2000

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until
          *(date)*:
9. [ ] This judgment is an installment judgment.

Clerk, by *B. Scott* , Deputy

Form Adopted by Rule 982                                    ABSTRACT OF JUDGMENT          Code of Civil Procedure, §§ 488.480,
Judicial Council of California                                      (Civil)                        674,700,190
982(a)(1) [Rev. January 1, 1991]
Mandatory Form

4 -7

*Signed by Judge John J. Hargrove March 15,2006*

2991

| PLAINTIFF: Glenn E. Martin; GEM International; GEM international, Inc.<br>DEFENDANT: Demosthenis Kanakaris and Antoinette Kanakaris | CASE NUMBER:<br><br>GIC 754417 |
| --- | --- |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.**    Name and last known address

Antoinette Kanakaris
3438 Rancho Diego Circle
El Cajon, CA 92019

Driver's license No. & state:               ☒ Unknown
Social Security No.: 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      ☐ Unknown
Summons was personally served at or mailed to *(address)*:
Antoinette Kanakaris
3438 Rancho Diego Circle
El Cajon, CA 92019

**14.**    Name and last known address

Driver's license No. & state:               ☐ Unknown
Social Security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**11.**    Name and last known address

Driver's license No. & state:               ☐ Unknown
Social Security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**15.**    Name and last known address

Driver's license No. & state:               ☐ Unknown
Social Security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**12.**    Name and last known address

Driver's license No. & state:               ☐ Unknown
Social Security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**16.**    Name and last known address

Driver's license No. & state:               ☐ Unknown
Social Security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**13.**    Name and last known address

Driver's license No. & state:               ☐ Unknown
Social Security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**17.**    Name and last known address

Driver's license No. & state:               ☐ Unknown
Social Security No.:                              ☐ Unknown
Summons was personally served at or mailed to *(address)*:

**18.**    ☐    Continued on attachment 18.

982(a)(1) [Rev. January 1, 1991]

**ABSTRACT OF JUDGMENT
(CIVIL)**

Page two

4 - 3

*Signed by Judge John J. Hargrove March 15,2006*

# EXHIBIT "5"

EJ-001

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and address)*: <br> [X] Recording requested by and return to:    **TEL NO:** (619) 501-9199 <br> **FAX NO.:** (877) 581-4555 <br> Peter Gilboy dba Judgment Trackers <br> Peter Gilboy <br> 6161 El Cajon Blvd #525 <br> San Diego, 92115 <br> [ ] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [X] ASSIGNEE OF RECORD | **DOC #**    **2004-1028754** <br><br> OCT 29, 2004    4:01 PM <br> OFFICIAL RECORDS <br> SAN DIEGO COUNTY RECORDER'S OFFICE <br> GREGORY J. SMITH, COUNTY RECORDER <br> FEES:   13.00 <br> PAGES:   2   NOTICES:   1 <br><br> **2004-1028754** |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92121
BRANCH NAME: Central Branch, Hall of Justice

PLAINTIFF: Glenn E. Martin; GEM International; GEM International, Inc.

DEFENDANT: Demosthenis Kanakaris & Antoinette Kanakaris

| ABSTRACT OF JUDGMENT   [X] Amended | CASE NUMBER: <br> GIC 754417 |
|---|---|

1. The [ ] judgment creditor [X] assignee of record
applies for an abstract of judgment and represents the following:
a. Judgment debtor's

Name and last known address

Demosthenis Kanakaris
3438 Rancho Diego Circle
El Cajon, CA 92019

**33433**

b. Driver's license No. and state:   [X] Unknown
c. Social security No.: 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   [ ] Unknown
d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: Demosthenis Kanakaris
3438 Rancho Diego Circle, El Cajon, CA 92019
e. [X] Original abstract recorded in this county:
  (1) Date: January 18, 2000
  (2) Instrument No.: 2000-0560205

Date: September 21, 2004

Peter Gilboy dba Judgment Trackers
(TYPE OR PRINT NAME)

f. [X] Information on additional judgment debtors is shown on page two.

▶ *(signature)* (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
  b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor *(name and address)*:
Glenn E. Martin, GEM International, GEM International Inc.
7302 East Placita Antigua, Tuscon, AZ 85710

4. Judgment debtor *(full name as it appears in judgment)*:
Demosthenis Kanakaris and Antoinette Kanakaris

6. Total amount of judgment as entered or last renewed:
$ 581,567.15

7. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
  a. Amount: $
  b. In favor of *(name and address)*:

[SEAL]
*(Superior Court San Diego County CA seal)*

5. a. Judgment entered on *(date)*: September 11, 2000
  b. Renewal entered on *(date)*:

This abstract issued on *(date)*:
OCT 1 8 2004

8. A stay of enforcement has
  a. [X] not been ordered by the court.
  b. [ ] been ordered by the court effective until *(date)*:

9. [ ] This judgment is an installment judgment.

Clerk, by *(signature)* M. SCOTT   , Deputy

Form Adopted for Mandatory Use
Judicial Council of California

**ABSTRACT OF JUDGMENT**

Page 1 of 2
Code of Civil Procedure, §§ 488.480.

*Signed by Judge John J. Hargrove March 15, 2006*

5-1

# EXHIBIT "6"

# EXHIBIT "6"

LEGAL DESCRIPTION OF THE RESIDENTIAL PROPERTY COMMONLY KNOWN AS 3438 RANCHO DIEGO CIRCLE, EL CAJON, CALIFORNIA, 92019:

Lot 18 of COUNTY OF SAN DIEGO TRACT NO. 4600-1, in the County of San Diego, State of California, according to Map No. 12077, filed in the Office of the County Recorder of San Diego County on May 18, 1988

**LSK - GENERAL CLIPBOARD (RECYCLE)**

January 30, 2006
81030/LSK/8888.02

*Signed by Judge John J. Hargrove March 15,2006*