# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## Minute Order

### Hearing Information:

| | |
|---|---|
| **Debtor:** | DEMOSTHENIS KANAKARIS |
| **Case Number:** | 05-04358-JH7     **Chapter:** 7 |
| **Date / Time / Room:** | WEDNESDAY, MARCH 15, 2006 11:00 AM   DEPARTMENT 3 |
| **Bankruptcy Judge:** | JOHN J. HARGROVE |
| **Courtroom Clerk:** | JENNIFER PURKEY |
| **Reporter / ECR:** | DIANE BERGER |

### Matter:

HEARING RE: OPPOSITION FILED BY DEBTOR TO FORM OF ORDER

### Appearances:

Scott Keehn, ATTORNEY FOR Demosthenis Kanakaris
Bernard M. Hansen, ATTORNEY FOR Peter Gilboy

### Disposition:

Interest allowed.