Bernard M. Hansen, Esq. (Cal. Bar No. 115751)
515 Juniper Street
San Diego, CA 92101
(619) 234-3374
Facsimile (619) 234-3375

Attorney for Peter Gilboy dba Judgment Trackers



UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF CALIFORNIA

| In re | ) | CASE NO. 05-04358-H7 |
|---|---|---|
| DEMOSTHENIS KANAKARIS aka DENNY KANAKARIS | ) ) ) ) ) ) | ALTERNATE ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN PURSUANT TO 11 U.S.C. § 522(f) |
| Debtor. | ) ) | |

The Debtor's Motion To Avoid Judicial Lien Pursuant To 11 U.S.C. § 522(f) (the "Motion") filed by Demosthenis Kanakaris ("Kanakaris") came on regularly for hearing on January 20, 2006 at 10:00 a.m. in Department Three of the above-captioned Court, the Honorable John J. Hargrove, Judge presiding. Appearances were made by the firm of Robbins & Keehn, APC by L. Scott Keehn, Esq. on behalf of Kanakaris and Bernard M. Hansen, Esq, on behalf of secured judgment creditor Peter Gilboy dba Judgment Trackers ("Gilboy").

The Court having considered the written and oral argument of the parties, including, but not limited to, the pleadings and papers filed in support of, opposition to and reply to the Motion; the Court having sustained its Tentative Ruling in all respects (a true and correct copy of the Tentative Ruling is attached hereto as Exhibit 1); having adopted the Tentative Ruling as part of its final ruling and for good cause appearing,

1

IT IS HEREBY ORDERED:

1. The Motion is granted.

2. There are two judicial liens against the Property (as hereinbelow defined). The first judicial lien is in favor of First Commerce & Loan Limited Partnership and/or Gilboy (the "First Commerce Lien"). The First Commerce Lien was created by an abstract of judgment recorded in the Office of the County Recorder of the County of San Diego on December 18, 1998, as document number 1998-0830344, a copy of which is attached hereto as Exhibit 2 and incorporated herein by this reference. The First Commerce Lien was updated on October 20, 2004, as document number 2004-0993776, a copy of which is attached hereto as Exhibit 3 and incorporated herein by this reference.

3. The second judicial lien is in favor of GEM International, Inc. and/or Gilboy (the "GEM International Lien"). The GEM International Lien was created by an abstract of judgment recorded in the Office of the County Recorder of the County of San Diego on October 18, 2000 as document number 2000-0560205, a copy of which is attached hereto as Exhibit 4 and incorporated herein by this reference. The GEM International Lien was updated on October 29, 2004, as document number 2004-1028754, a copy of which is attached hereto as Exhibit 5 and incorporated herein by this reference.

4. Using information from the calculation set forth below, which calculation was expressly adopted by the Court, there is $145,366.25 in equity after application of all consensual liens, application of the entire amount of the homestead of Kanakaris and application of the full amount of the First Commerce Lien. The First Commerce Lien does not impair the Kanakaris's homestead exemption declared with respect to his residential property commonly known as 3438 Rancho Diego Circle, El Cajon, California and more particularly described in Exhibit 6 attached hereto and incorporated herein by this reference (the "Property").

5. The GEM International Lien impairs the Kanakaris's homestead exemption declared with respect to the Property to the extent of $701,606.61. This leaves a balance of $145,366.25 on the GEM International Lien which does not impair Kanakaris's homestead exemption based on the following calculation:

2

*DEMOSTHENIS KANAKARIS*
Case No. 05-04358-H7, U.S.B.C. (S.D. Cal.)
ALTERNATIVE ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN, ETC.

| | |
|---|---|
| Fair Market of Residence | $695,000 |
| Consensual Liens | ($180,326.68) |
| Subtotal: | $514,673.32 |
| Kanakaris's One-half Equity Interest | $257,336.66 |
| Kanakaris's Homestead | $ 75,000 |
| Amount Available to Satisfy Judgment Liens | $182,336.66 |
| Firsts Commerce Lien (1st priority) | $ 36,970.31 |
| Net Available to GEM Judgment Lien | $145,366.25 |

6. The GEM International Lien is hereby avoided and extinguished to the extent $701,606.61 in accordance with and pursuant to the provisions of 11 U.S.C. § 522(f), thereby leaving a balance of the $145,366.25.

7. This Order is not intended to impair, diminish or abrogate the rights of the holders of the GEM International Lien against the separate joint tenancy interest of non-debtor Antoinette Kanakaris.

8. This Court expressly reserves jurisdiction to supervise the enforcement of the lien avoidance granted by this order.

Dated: March 15, 2006

_____
JUDGE, UNITED STATES BANKRUPTCY COURT

Signature by the attorney constitutes a certification under Fed. R. Bankr. P. 9011 that the relief provided by the order is the relief granted by the court.

Submitted by:

*Bernard M. Hansen*
Bernard M. Hansen, Esq.
Attorney for Peter Gilboy dba Judgment Trackers

3

*DEMOSTHENIS KANAKARIS*
Case No. 05-04358-H7, U.S.B.C. (S.D. Cal.)
ALTERNATIVE ORDER GRANTING DEBTOR'S MOTION TO AVOID JUDICIAL LIEN, ETC.

# EXHIBIT "1"

**10:00 AM**

- 05-04358-JH     Ch 7     **DEMOSTHENIS KANAKARIS**

1) DEBTOR'S MOTION FOR AVOIDANCE OF JUDICIAL LIEN PURSUANT TO 11 U.S.C. SECTION 522 (f)

**Tentative Ruling:** Evidentiary objections: The court sustains Objection no. 1 with respect to creditor's exhibits A-M on the grounds that they have not been properly authenticated pursuant to FRE 901. However, the Court exercises its discretion and takes judicial notice that exhibits C,F,G, and H are documents filed with this court pursuant to FRE 201. The Court sustains Objection No. 2 and Objection No. 3 on the grounds that the testimony constitutes hearsay.

The Court grants debtor's motion to avoid th GEM Int'l lien in the amount of $701,605.01. The Court finds there is competent evidence before the Court regarding the real property's FMV at $695,000. Creditor has offered no evidence in rebuttal other than arguing for the application of judicial estoppel to debtor's former representations regarding the value of the property which are higher. The Court finds that the application of judicial estoppel is unwarranted under these circumstances. If creditor believed that debtor had overvalued his residence for purposes of chapter 13 eligibility, creditor had the opportunity to object to debtor's asserted value on those grounds when the chapter 13 was filed. Further, the chapter debtor's chapter 13 case was voluntarily dismissed so there is no way to evaluate the success of debtor's prior valuation of the property. Lastly, judicial estoppel does not apply when the prior position was taken because of a good faith mistake rather than as part of a scheme to mislead the court. There is no evidence that shows the debtor's first position was not taken as a result of ignorance or mistake regarding his belief that the property had a higher value than as shown by a subsequent appraisal. Kelsey v. Waste Management, 76 Cal.App.4th 590 (1999).

The Court also finds that the property is held by the debtor and his wife as joint tenants. There is no evidence that debtor and his wife expressly transmuted their separate property interests to community property. In California, the community property presumption for property acquired by husband and wife during their marriage is overcome when a declaration in a deed or other title instrument indicates the spouses take title to property as joint tenants. In re Summers, 332 F.3d 1240 (9th Cir. 2003). Debtor and his wife have provided a grant deed which shows they took title as joint tenants. With the presumption of community property rebutted, the burden is on the creditor to present evidence that would show a contrary intention of the parties which he has failed to do.

The Court adopts the calculations set forth in debtor's reply, Exh. A. ✓

2) RS PDG 1

PETER GILBOY'S MOTION FOR RELIEF FROM STAY

**Tentative Ruling:** Grant. Property was abandoned on 8/25/05. Therefore, it is no longer property of the estate.

TRUSTEE:    Gerald H. Davis
ATTORNEY:  L. Scott Keehn (Demosthenis Kanakaris)
ATTORNEY:  PRO SE (Peter Gilboy)

# EXHIBIT "2"

RECORDING REQUESTED BY:
Robert L. Rentto (#142655)
Professional Law Corporation

'D WHEN RECORDED MAIL TO:
110 West "C" St., #1503
San Diego, CA 92101

C 671

DOC # 1998-0830344
DEC 18, 1998 11:08 AM

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:    16.50
OR RECORDER'S USE ONLY

F10
3P

Abstract of Judgment
(Please fill in document title(s) on the this line)

THIS PAGE ADDED TO PROVIDE ADEQUATE SPACE FOR RECORDING INFORMATION
(Additional recording fee applies)

Form IR25

Z-1

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address): | TELEPHONE NO.: | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] Recording requested by and return to<br>ROBERT L. RENTTO (#42655)<br>Professional Law Corporation<br>110 West "C" Street, Suite 1503<br>San Diego, CA 92101<br>[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD  BAR # | (619)238-1002 | 672 |

NAME OF COURT: MUNICIPAL COURT OF CALIFORNIA
STREET ADDRESS: COUNTY OF SAN DIEGO
MAILING ADDRESS: SAN DIEGO JUDICIAL DISTRICT
CITY AND ZIP CODE: 1409 Fourth Avenue
BRANCH NAME: San Diego, CA 92101-3105

PLAINTIFF: FIRST COMMERCE & LOAN LIMITED PARTNERSHIP

DEFENDANT: DEMOSTHENIS S. KANAKARIS & ANTOINETTE KANAKARIS, individually and as Husband and Wife

## ABSTRACT OF JUDGMENT

CASE NUMBER: 601610

1. [X] Judgment creditor  [ ] Assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ⌐ Demosthenis S. Kanakaris          ¬
        3438 Rancho Diego Circle
        El Cajon, CA  92019
      ⌐                                    ¬

   b. Driver's license No. and state:                        [X] Unknown
   c. Social Security No.: 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                        [ ] Unknown
   d. Summons or notice of entry of sister state judgment was personally served or
      mailed to (name and address): Demosthenis S. Kanakaris
      3438 Rancho Diego Circle
      El Cajon, CA  92019
   e. [X] Additional judgment debtors are shown on reverse.

Date: 10/23/98

Robert L. Rentto
(TYPE OR PRINT NAME)                          (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract
         of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor (name): FIRST COMMERCE & LOAN
   LIMITED PARTNERSHIP
   whose address appears on this form above the court's name.

4. Judgment debtor (full name as it appears in judgment):
   DEMOSTHENIS S. KANAKARIS & ANTOINETTE KANAKARIS individually and as Husband and Wife

5. a. Judgment entered on (date): 5/15/98
   b. Renewal entered on (date):
   c. Renewal entered on (date):

   This abstract issued on (date): NOV 19 1998

6. Total amount of judgment as entered or last renewed:
   $22,554.65

7. [ ] An  [ ] execution  [ ] attachment lien
   is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until
      (date):

9. [ ] This judgment is an installment judgment.

(SEAL)

Clerk, by  N. Ortega  , Deputy

Form Adopted by Rule 982
Judicial Council of California
982(a)(1)(Rev. January 1, 1991)
SDMC Form 59 (Rev. 11/94)

ABSTRACT OF JUDGMENT
(CIVIL)

Code of Civil Procedure §§ 488.480
674,700.190
SD-59

2-2

673

| PLAINTIFF: FIRST COMMERCE & LOAN LIMITED PARTNERSHIP | CASE NUMBER |
|---|---|
| DEFENDANT: DEMOSTHENIS S. KANAKARIS & ANTOINETTE KANAKARIS, individually and as Husband and Wife | 601610 |

**INFORMATION ON ADDITIONAL JUDGMENT DEBTORS**

**10. Name and last known address**

Antoinette Kanakaris
3438 Rancho Diego Circle
El Cajon, CA 92019

Driver's license No. & state: [X] Unknown
Social Security No.: 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 [ ] Unknown
Summons was personally served at or mailed to (address):
Antoinette Kanakaris
3438 Rancho Diego Circle
El Cajon, CA 92019

**14. Name and last known address**

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**11. Name and last known address**

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**15. Name and last known address**

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**12. Name and last known address:**

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**16. Name and last known address**

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**13. Name and last known address**

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**17. Name and last known address**

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

18. [ ] Continued on attachment 18.

2-3

982(a)(1) (Rev. January 1, 1991)            ABSTRACT OF JUDGMENT                  Page two

# EXHIBIT "3"

6924

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and address):**
[X] Recording requested by and return to:
TEL NO.: (619) 501-9199
FAX NO.: (877) 581-4555

Peter Gilboy dba Judgment Trackers
Peter Gilboy
6161 El Cajon Blvd #525
San Diego, 92115

[ ] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [X] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92121
BRANCH NAME: Central Branch, Hall of Justice

PLAINTIFF: First Commerce & Loan Limited Partnership

DEFENDANT: Demosthenis S. Kanakaris & Antoinette Kanakaris, individually and as Husband and Wife

---

DOC # 2004-0993776

OCT 20, 2004   8:56 AM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES: 13.00
PAGES: 2   NOTICES: 1

2004-0993776

---

**ABSTRACT OF JUDGMENT**   [X] Amended

CASE NUMBER: L 601610
FOR COURT USE ONLY

1. The [ ] judgment creditor [X] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   **Name and last known address**
   
   Demosthenis S. Kanakaris
   3438 Rancho Diego Circle
   El Cajon, CA 92019

   b. Driver's license No. and state: [X] Unknown
   c. Social security No.: 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 [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):

   e. [X] Original abstract recorded in this county: SAN DIEGO
      (1) Date: December 18, 1998
      (2) Instrument No.: 1998-0830344

   f. [X] Information on additional judgment debtors is shown on page two

Date: August 3, 2004
Peter Gilboy dba Judgment Trackers
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

---

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.

3. Judgment creditor (name and address):
   Peter Gilboy dba Judgment Trackers
   6161 El Cajon Blvd #525, San Diego, CA 92115

4. Judgment debtor (full name as it appears in judgment):
   Demosthenis S. Kanakaris & Antoinette Kanakaris

5. a. Judgment entered on (date): May 15, 1998
   b. Renewal entered on (date):

   This abstract issued on (date): ~~December 18, 1998~~ SEP 08 2004

6. Total amount of judgment as entered or last renewed: $22,554.65

7. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until (date):

9. [ ] This judgment is an installment judgment.

Clerk, by _____, Deputy

[SEAL: SUPERIOR COURT SAN DIEGO COUNTY]

Form Adopted for Mandatory Use
Judicial Council of California

**ABSTRACT OF JUDGMENT**

Page 1 of 2
Code of Civil Procedure, §§ 488.480

3-1

6925

| PLAINTIFF: First Commerce & Loan Limited Partnership | CASE NUMBER: |
|---|---|
| DEFENDANT: Demosthenis S. Kanakaris & Antoinette Kanakaris, individuall and as Husband and Wife | L 601610 |

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address

Antoinette Kanakaras
3438 Rancho Diego Circle
El Cajon, CA 92019

Driver's license No. & state: ☐ Unknown
Social security No.: 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 ☐ Unknown
Summons was personally served at or mailed to (address):

**14.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**11.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**15.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**12.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**16.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**13.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**17.** Name and last known address

Driver's license No. & state: ☐ Unknown
Social security No.: ☐ Unknown
Summons was personally served at or mailed to (address):

**18.** ☐ Continued on Attachment 18.

EJ-001 (Rev. January 1, 2003)                    **ABSTRACT OF JUDGMENT**                    Page 2 of 2

3-2

# EXHIBIT "4"

RECORDING REQUESTED BY
Glenn E. Martin


2000-0560205

WHEN RECORDED MAIL TO
NAME Glenn E. Martin

MAILING ADDRESS 227 East Pondarosa

CITY, STATE Tuscon, AZ
ZIP CODE 85705

DOC # 2000-0560205
OCT 18, 2000 10:19 AM

2989

OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:     16.00
NOTICES:    1

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

TITLE(S)

Abstract of Judgment

LS-201

4-1

2990

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR RECORDER'S USE ONLY |
|---|---|---|
| [X] Recording requested by and return to:<br>Glenn E. Martin<br>GEM International<br>277 E Pondarosa<br>Tuscon, Arizona 85705 | 858-484-8500 | |

[ ] ATTORNEY FOR   [ ] JUDGMENT CREDITOR   [X] ASSIGNEE OF RECORD

| NAME OF COURT: | Superior Court of California; County of S |
|---|---|
| STREET ADDRESS: | 220 West Broadway |
| MAILING ADDRESS: | |
| CITY AND ZIP CODE: | San Diego, California 92112-4101 |
| BRANCH NAME: | Central Division |

PLAINTIFF: Glenn E. Martin; GEM International; GEM international, Inc.
DEFENDANT: Demosthenis Kanakaris and Antoinette Kanakaris

**ABSTRACT OF JUDGMENT**

CASE NUMBER: GIC 754417

FOR COURT USE ONLY

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      ┌─────────────────────────────┐
      │ Demosthenis Kanakaris       │
      │ 3438 Rancho Diego Circle    │
      │ El Cajon, CA 92019          │
      └─────────────────────────────┘
   b. Driver's license No. and state:   [X] Unknown
   c. Social Security No.: 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   [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      Demosthenis Kanakaris; 3438 Rancho Diego Circle, El Cajon, CA 92019

   e. [X] Additional judgment debtors are shown on reverse.
Date: 09/13/2000
Glenn E. Martin
(TYPE OR PRINT NAME)                    ▶ *Glenn E Martin* (SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor (name): Glenn E. Martin; GEM International; GEM international, Inc whose address appears on this form above the court's name.
4. Judgment debtor (full name as it appears in judgment):
   Demosthenis Kanakaris and Antoinette Kanakaris

6. Total amount of judgment as entered or last renewed: $ 581,567.15
7. [ ] An [ ] execution [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

[SEAL]

5. a. Judgment entered on (date): 09/11/00
   b. Renewal entered on (date):
   c. Renewal entered on (date):

   This abstract issued on (date): OCT 1 6 2000

8. A stay of enforcement has
   a. [X] not been ordered by the court.
   b. [ ] been ordered by the court effective until (date):
9. [ ] This judgment is an installment judgment.

Clerk, by _____, Deputy
B. Scott

Form Adopted by Rule 982
Judicial Council of California
982(a)(1) [Rev. January 1, 1991]
Mandatory Form

**ABSTRACT OF JUDGMENT (Civil)**

(LEGAL SOLUTIONS)

Code of Civil Procedure, §§ 488.480, 674,700.190

4-2

2991

| PLAINTIFF: Glenn E. Martin; GEM International; GEM international, Inc.<br>DEFENDANT: Demosthenis Kanakaris and Antoinette Kanakaris | CASE NUMBER:<br>GIC 754417 |
|---|---|

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS

**10.** Name and last known address

Antoinette Kanakaris
3438 Rancho Diego Circle
El Cajon, CA 92019

Driver's license No. & state: [X] Unknown
Social Security No.: 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 [ ] Unknown
Summons was personally served at or mailed to (address):
Antoinette Kanakaris
3438 Rancho Diego Circle
El Cajon, CA 92019

**14.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**11.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**15.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**12.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**16.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**13.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**17.** Name and last known address

Driver's license No. & state: [ ] Unknown
Social Security No.: [ ] Unknown
Summons was personally served at or mailed to (address):

**18.** [ ] Continued on attachment 18.

982(a)(1) (Rev. January 1, 1991)

**ABSTRACT OF JUDGMENT
(CIVIL)**

Page two

4-3

# EXHIBIT "5"

EJ-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** (Name and address):
TEL NO.: (619) 501-9199
[X] Recording requested by and return to:
FAX NO.: (877) 581-4555
Peter Gilboy, dba Judgment Trackers
Peter Gilboy
6161 El Cajon Blvd #525
San Diego, 92115

[ ] ATTORNEY FOR  [ ] JUDGMENT CREDITOR  [X] ASSIGNEE OF RECORD

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** SAN DIEGO
STREET ADDRESS: 330 W. Broadway
MAILING ADDRESS:
CITY AND ZIP CODE: San Diego, CA 92121
BRANCH NAME: Central Branch, Hall of Justice

PLAINTIFF: Glenn E. Martin; GEM International; GEM International, Inc.

DEFENDANT: Demosthenis Kanakaris & Antoinette Kanakaris

**ABSTRACT OF JUDGMENT**  [X] Amended

---

DOC # 2004-1028754

OCT 29, 2004   4:01 PM
OFFICIAL RECORDS
SAN DIEGO COUNTY RECORDER'S OFFICE
GREGORY J. SMITH, COUNTY RECORDER
FEES:   13.00
PAGES:   2   NOTICES:   1

2004-1028754

CASE NUMBER: GIC 754417

FOR COURT USE ONLY

---

1. The [ ] judgment creditor [X] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
   
   Name and last known address
   
   ┌─────────────────────────────────┐
   │ Demosthenis Kanakaris           │
   │ 3438 Rancho Diego Circle        │     33433
   │ El Cajon, CA 92019              │
   └─────────────────────────────────┘
   
   b. Driver's license No. and state:  [X] Unknown
   c. Social security No.: 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  [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address): Demosthenis Kanakaris
      3438 Rancho Diego Circle, El Cajon, CA 92019
   e. [X] Original abstract recorded in this county:
      (1) Date: January 18, 2000
      (2) Instrument No.: 2000-0560205

Date: September 21, 2004
Peter Gilboy dba Judgment Trackers
(TYPE OR PRINT NAME)

f. [X] Information on additional judgment debtors is shown on page two.

▶ *(signature)* Peter Gilboy
(SIGNATURE OF APPLICANT OR ATTORNEY)

2. a. [X] I certify that the following is a true and correct abstract of the judgment entered in this action.
   b. [ ] A certified copy of the judgment is attached.
3. Judgment creditor (name and address):
   Glenn E. Martin, GEM International, GEM International Inc.
   7302 East Placita Antigua, Tuscon, AZ 85710
4. Judgment debtor (full name as it appears in judgment):
   Demosthenis Kanakaris and Antoinette Kanakaris

[SEAL - Superior Court San Diego County]

5. a. Judgment entered on (date): September 11, 2000
   b. Renewal entered on (date):

This abstract issued on (date):
OCT 18 2004

6. Total amount of judgment as entered or last renewed:
   $ 581,567.15
7. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
   a. Amount: $
   b. In favor of (name and address):

8. A stay of enforcement has
   a. [X] not been ordered by the court
   b. [ ] been ordered by the court effective until (date):
9. [ ] This judgment is an installment judgment.

*(signature)*

Clerk, by M. Scott , Deputy

Form Adopted for Mandatory Use
Judicial Council of California

**ABSTRACT OF JUDGMENT**

Page 1 of 2
Code of Civil Procedure, §§ 488.480

5-1

# EXHIBIT "6"

# EXHIBIT "6"

LEGAL DESCRIPTION OF THE RESIDENTIAL PROPERTY COMMONLY KNOWN AS 3438 RANCHO DIEGO CIRCLE, EL CAJON, CALIFORNIA, 92019:

Lot 18 of COUNTY OF SAN DIEGO TRACT NO. 4600-1, in the County of San Diego, State of California, according to Map No. 12077, filed in the Office of the County Recorder of San Diego County on May 18, 1988